IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAVIER SEGOVIA, JUAN CARLOS GONZALEZ, GILDARDO MEZA, JUAN VENCES, LUCIO DAMIAN, ERIK VAZQUEZ, and MARCO CORDERO, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br><br>J. ROMAN INCORPORATED d/b/a SUDS CAR WASH, AND JESSE ROMAN, individually, Defendants. | Case No. 15-cv-4764<br><br>Judge Chang |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party not having filed an Answer, respectfully requests that the Court dismiss all causes of action and this case in its entirety, with prejudice.

Respectfully submitted,

s/ David E. Stevens
David E. Stevens
One of Plaintiff's Attorneys
 **CONSUMER LAW GROUP, LLC**
 6232 N. Pulaski, Suite 200
 Chicago, IL 60646
 PHONE: 312-219-6838
 dstevens@yourclg.com